UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MCNEIL INTERNATIONAL )<br>)<br>Defendant. ) | COURT NO.  1:95-CR-10357-002 |

**ORDER FOR REMISSION OF FINE**

This matter having been opened to the Court by Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this  12th  day of  November , 20  15 ,

ORDERED, that the fine imposed on August 22, 1996, against McNeil International with a remaining balance of $125,000.00, including any interest and penalties, is hereby remitted.

SO ORDERED:

/s/ Indira Talwani                                         November 12, 2015
UNITED STATES DISTRICT JUDGE            DATED: